UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SITE UPDATE SOLUTIONS, LLC,

     Plaintiff,

     v.

ACCOR NORTH AMERICA, INC., et al.,

     Defendants.
_____/

No. C 11-3306 PJH

**ORDER**

The court notes that a case management conference has been scheduled in this action for December 15, 2011. Prior to the case management conference, however, the court would like to know whether the parties, including all remaining defendants, are willing to consent to the reassignment of this action to Magistrate Judge Paul Singh Grewal, who presides in the San Jose division of this court, for disposition. Accordingly, the parties are instructed to inform the court, no later than Friday, December 2, 2011, whether they are amenable or not to reassignment of this case to the aforementioned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: November 28, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge